IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DALE FISCHER, D.C. d/b/a LEBANON CHIROPRACTIC, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CONTINENTAL LOSS ADJUSTING SERVICES, INC., CONTINENTAL CASUALTY COMPANY, CONTINENTAL INSURANCE COMPANY and CNA FINANCIAL CORPORATION, )<br><br>Defendants. ) | Case No.: 08-cv-416 DRH |

## ORDER

THIS matter having come before this Court on Defendants Continental Loss Adjusting Services, Inc., Continental Casualty Company, Continental Insurance Company and CNA Financial Corporation's Agreed Motion to Stay Time for Defendants to Respond to Plaintiffs' Amended Complaint, and the Court being fully apprised in its premises:

It is hereby **ORDERED** that said motion be **GRANTED** and that Defendants are granted a stay of time to file their responsive pleading to Plaintiffs' Amended Complaint until this Court has entered an order ruling on Plaintiffs' Motion to Remand. In the event that Plaintiffs' Motion to Remand is denied, Defendants are granted twenty-one (21) days from the date of this Court's order in which to respond to Plaintiffs' Amended Complaint

Dated: June 26, 2008.

/s/         David R Herndon

**Chief United States District Court Judge**